IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 24-21603-CMB |
| **Joseph D. Schmidt,** | : | Chapter 13 |
| Debtor | : | |
| | : | Related to Document No. 9 |
| **Joseph D. Schmidt,** | : | |
| Movant | : | |
| vs. | : | |
| **Ronda J. Winnecour** Esquire Chapter 13 Trustee, Respondent | : | |

## ORDER

**AND NOW**, on this <u>  12th  </u> day of <u>  July  </u>, <u>2024</u>, upon consideration of the Motion of the above reference Debtor(s), praying for an extension of time within which to Complete the Bankruptcy Filing, and it appearing from the Motion that good cause exists for granting the relief prayed. It is hereby:

**ORDERED, ADJUDGED and DECREED** that the time for the Debtor(s) to file his Chapter 13 Petition, Chapter 13 Plan, Schedules, and Pay Advices be hereby extended to and including July 26, 2024.

BY THE COURT:

*Carlota M. Böhm*   dmr

Hon. Carlota M. Bohm
United States Bankruptcy Judge

FILED
7/12/24 2:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-21603-CMB |
| Joseph D Schmidt | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 1 |
| Date Rcvd: Jul 12, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Joseph D Schmidt, 2977 Hills Church Road, Export, PA 15632-9746 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2024             Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| Lawrence W. Willis | on behalf of Debtor Joseph D Schmidt ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4